## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**DA'VONTAY DAVIS**        *      **CIVIL ACTION NO.:  3:20-cv-64**

                             *

**VERSUS**                    *      **SECTION:**

                             *

**AMERISURE INSURANCE COMPANY,**    *      **JUDGE:**
**UNIVERSAL ELECTRIC COMPANY, INC.**   *
**AND LUTHER DRIGGER**          *

                             *

\*     \*     \*     \*     \*     \*     \*     \*

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA:

**NOW INTO COURT**, through undersigned counsel, come the **defendants** in the above-entitled action, **Amerisure Insurance Company** (hereinafter, "Amerisure"), **Universal Electric Company, Inc.** (hereinafter, "Universal") and **Luther Drigger** (hereinafter, "Mr. Drigger") (collectively, "Defendants"), who respectfully submit the following Notice of Removal of the Petition for Damages filed by the **plaintiff**, **Da'Vontay Davis** (hereinafter, "Plaintiff"), averring as follows:

1. The Defendants desire to exercise their rights under 28 U.S.C. § 1441, *et seq.*, to remove this action from the 18th Judicial District Court for the Parish of Iberville, State of Louisiana, in which said cause is now pending under the name and style, "*DA'VONTAY DAVIS VERSUS AMERISURE INSURANCE COMPANY, UNIVERSAL ELECTRIC COMPANY, INC. AND LUTHER DRIGGER*", No. 79614, Section "D".

2. This action is removable because there is complete diversity of citizenship between the Plaintiff and Defendants, and because it is facially apparent from the Plaintiff's pleadings

that the amount in controversy exceeds $75,000.00. Accordingly, this matter is within the original jurisdiction conferred on this Court by 28 U.S.C. § 1332.

3. On December 30, 2019, the Plaintiff filed the action captioned "*DA'VONTAY DAVIS VERSUS AMERISURE INSURANCE COMPANY, UNIVERSAL ELECTRIC COMPANY, INC. AND LUTHER DRIGGER*", No. 79614, Section "D", in the 18th Judicial District Court for the Parish of Iberville, State of Louisiana.

4. Universal and Amerisure were served with the Plaintiff's Petition for Damages on January 17, 2020. Mr. Drigger has not yet been served. Therefore, this Notice of Removal is timely under 28 U.S.C. § 1446(b)(3).

5. Based upon the allegations in Plaintiff's Petition, Da'Vontay Davis is a person of the full age of majority and a resident of the State of Louisiana.

6. Amerisure is a foreign insurance company domiciled in the State of Michigan, with its principal place of business in Farmington Hills, Michigan.

7. Universal is a foreign corporation domiciled in the State of Georgia, with its principal place of business in Jesup, Georgia.

8. Mr. Drigger is a person of the full age of majority and citizen of the State of Georgia, with his permanent residence located in Richmond Hill, Georgia.

9. In his Petition for Damages, the Plaintiff alleges that he was involved in a motor-vehicle accident on January 9, 2019 in Iberville Parish, Louisiana, and that he suffered the following non-exclusive list of injuries:

   a.) Severe headaches;

   b.) Traumatic Brain injury;

   c.) Neck pain;

       d.)  Arm pain;

       e.)  Back pain; and

       f.)  Other injuries which will be more fully established at trial

10. In his Petition for Damages, the Plaintiff seeks to recover general and special damages for and including:

       a.)  Physical pain and suffering - past, present and future;

       b.)  Mental pain, anguish and distress- past, present and future;

       c.)  Loss of enjoyment of life- past, present and future;

       d.)  Disability - past, present and future;

       e.)  Medical expenses - past, present and future;

       f.)  Lost Wages- past, present and future;

       g.)  Loss of earnings capacity- past, present and future;

       h.)  Property Damage; and

       i.)  Other elements of damages to be more fully set forth at the trial of this matter.

11. Louisiana law does not permit a demand for a specific sum, but, based on the allegations in the Plaintiff's Petition for Damages, it is facially apparent that his claims are likely above $75,000.00.

12. Accordingly, this action should be removed to this Honorable Court pursuant to 28 U.S.C. § 1441 because there is complete diversity of citizenship between Plaintiff and Defendants, and the judgment value of damages sought by the Plaintiff is likely to exceed the jurisdictional limit.

13. Pursuant to 28 U.S.C. § 1447(b) and LR 3.2, the Defendants attach hereto a List of Parties (**Exhibit "A")** and all State Court pleadings filed in this matter (**Exhibit "B").**

14. Pursuant to 28 U.S.C. § 1446(d), contemporaneous with the filing hereof, undersigned counsel has given notice of the filing of this Notice of Removal to the Clerk of the State Court and to Plaintiff, Da'Vontay Davis.

15. Based on the foregoing, the Defendants respectfully request that this Court take jurisdiction of this civil action to its conclusion, to the exclusion of any further proceedings in the State Court, in accordance with federal law.

**WHEREFORE**, the Defendants pray that this Honorable Court remove this action from the 18th Judicial District Court for the Parish of Iberville, State of Louisiana, to the United States District Court for the Middle District of Louisiana.

Respectfully submitted,

_____
**JEFFERY B. STRUCKHOFF (#30173)**
**EDWARD S. VOELKER, IV (#36068)**
**MELCHIODE MARKS KING LLC**
639 Loyola Avenue, Suite 2550
New Orleans, Louisiana 70113
Telephone: (504) 336-2880
Facsimile:  (504) 336-2342
Email: jstruckhoff@mmkfirm.com
        evoelker@mmkfirm.com

*Attorneys for Defendants, Amerisure Insurance Company, Universal Electric Company, Inc., and Luther Drigger*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading was this day filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.  The foregoing was also filed with the 18th Judicial District Court for the Parish of Iberville, State of Louisiana, in which the state civil action was originally filed, in conformity with 28 U.S.C. § 1446(d).

_____
**EDWARD S. VOELKER, IV**