# NATIONAL REGISTERED AGENTS, INC.
## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: **VALERIE SCOTT**
WAYNE ELECTRICAL & MECHANICAL COMPANY, INC.
1923 E Cherry St
Jesup, GA 31546-3212

SOP Transmittal # **537001758**

800-592-9023 - Telephone

Entity Served: UNIVERSAL ELECTRIC COMPANY, INC. (Domestic State: GEORGIA)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of LOUISIANA on this 17 day of January, 2020. The following is a summary of the document(s) received:

1. **Title of Action:** DA'VONTAY DAVIS, Pltf. vs. AMERISURE INSURANCE COMPANY, ET AL., Dfts. // TO: UNIVERSAL ELECTRIC COMPANY INC

2. **Document(s) Served:** Other: Citation, Petition

3. **Court of Jurisdiction/Case Number:** 18th Judicial District Court, Parish of Iberville, LA
   Case # 079614

4. **Amount Claimed, if any:** N/A

5. **Method of Service:**

   _X_ Personally served by:      _X_ Process Server      ___ Law Enforcement      ___ Deputy Sheriff      ___ U. S Marshall

   ___ Delivered Via:      ___ Certified Mail      ___ Regular Mail      ___ Facsimile

   ___ Other (Explain):

6. **Date and Time of Receipt:** 01/17/2020 08:50:00 AM CST

7. **Appearance/Answer Date:** Within 15 days after the service hereof.

8. **Received From:** RICHARD F. ZIMMERMAN, III
   5656 Hilton Avenue
   BATON ROUGE, LA 70808
   225-388-3115

9. **Carrier Airbill #** 1ZY041160191495890

10. **Call Made to:** Not required

11. **Special Comments:**
SOP Papers with Transmittal, via UPS Next Day Air

**NATIONAL REGISTERED AGENTS, INC.**          CopiesTo:

Transmitted by Amy McLaren

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ORIGINAL

| | |
|---|---|
| DA'VONTAY DAVIS | DOCKET NO:          SECTION: |
| VERSUS | 18TH JUDICIAL DISTRICT COURT |
| AMERISURE INSURANCE COMPANY, UNIVERSAL ELECTRIC COMPANY, INC. AND LUTHER DRIGGER | PARISH OF IBERVILLE<br>STATE OF LOUISIANA |

*************************************************************************

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **DA'VONTAY DAVIS**, a person of the legal age of majority, domiciled in the State of Louisiana, who respectfully represents the following Petition for Damages, to wit:

1.

Made defendants herein are the following:

A. **AMERISURE INSURANCE COMPANY**, upon information and belief, a foreign insurance company authorized to do and doing business in the State of Louisiana, who can be served through its registered agent, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

B. **UNIVERSAL ELECTRIC COMPANY, INC.**, upon information and belief, a Georgia corporation that is licensed to do and doing business in the State of Louisiana, who can be served through its registered agent, CT Corporation, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816; and,

C. **LUTHER DRIGGER**, upon information and belief, a Georgia resident of the full age of majority, who can be served pursuant to the provisions of the Louisiana Long-Arm Statute, La. R.S. 13:3201, et seq., at 689 Cartertown Road, Richmond Hill, Georgia 31324.

2.

The above named defendants are justly and truly indebted, jointly and *in solido*, unto the Petitioner for damages, injuries, and losses sustained, together with legal interest from the date of judicial demand, costs of these proceedings, and other general and equitable relief described herein for the following reasons:

3.

On or about January 9, 2019, at approximately 5:45 a.m., **DA'VONTAY DAVIS**, was operating a 2006 Saturn Ion, hereinafter referred to as the **"DAVIS VEHICLE"**, traveling south on Highway 405 in Iberville Parish, Louisiana.

4.

At the same time, **LUTHER DRIGGER** was operating a 2007 Ford F150, owned by **UNIVERSAL ELECTRIC COMPANY, INC.**, hereinafter referred to as the **"UNIVERSAL VEHICLE"**, also traveling south on Louisiana Highway 405 an unknown distance behind the **DAVIS VEHICLE**.

5.

Shortly thereafter, the **DAVIS VEHICLE** came to a stop on Louisiana Highway 405 due to traffic congestion.

6.

At which time, the **UNIVERSAL VEHICLE** suddenly and without warning crashed into the rear of the **DAVIS VEHICLE** in such a violent manner, the **DAVIS VEHICLE** was pushed across the northbound lane of Louisiana Highway 405, flipping upside down, and then coming to a final rest in a ditch.

7.

As a result of the above described collision, plaintiff, **DA'VONTAY DAVIS**, sustained severe and disabling injuries, including, but not limited to:

1) Severe headaches;
2) Traumatic Brain injury;
3) Neck pain;
4) Arm pain;
5) Back pain;
6) Other injuries which will be more fully established at trial.

8.

Petitioner, **DA'VONTAY DAVIS**, claims the following damages as a result of this collision and his resulting injuries:

1) Physical pain and suffering – past, present and future;
2) Mental pain, anguish and distress– past, present and future;
3) Loss of enjoyment of life – past, present and future;
4) Disability – past, present and future;
5) Medical expenses – past, present and future;
6) Lost Wages– past, present and future;
7) Loss of earnings capacity– past, present and future;
8) Property Damage; and
9) Other elements of damages to be more fully set forth at the trial of this matter.

9.

Petitioner avers that defendants, **LUTHER DRIGGER and UNIVERSAL ELECTRIC COMPANY, INC.**, are liable for all such injuries caused by their fault and neglect under LA C.C. art. 2315.

2

10.

Petitioner alleges that a substantial cause of the collision and the Petitioner's damages was the fault and negligence of **LUTHER DRIGGER**, which is described in part, but not exclusively, as follows:

1) In failing to see what he should have seen and if have seen, in failing to heed;

2) In following too closely;

3) In failing to maintain control of his vehicle;

4) In failing to keep a proper lookout;

5) In driving in a reckless and/or careless manner;

6) In crashing into the rear of petitioner's vehicle;

7) In driving while distracted; and

8) Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of federal, state, and parish traffic regulations and ordinances.

11.

Petitioner is informed, believes, and therefore alleges that at all times material hereto, **LUTHER DRIGGER** was in the course and scope of his employment with defendant, **UNIVERSAL ELECTRIC COMPANY, INC.**, causing **UNIVERSAL ELECTRIC COMPANY, INC.** to be responsible for any and all negligence and fault of **LUTHER DRIGGER** in connection with the above-described incident. Petitioner therefore specifically pleads the doctrine of respondeat superior under LA C.C. art 2320.

12.

In addition to the negligence alleged heretofore, Petitioner alleges that a substantial cause of the above-described collision was the fault and/or negligence of **UNIVERSAL ELECTRIC COMPANY, INC.**, which is described in part, but not exclusively as follows:

1) In failing to provide proper driving training;

2) In failing to employ a safe and competent driver;

3) In failing to properly supervise and instruct its drivers;

4) In permitting their employees to drive while distracted; and

5) Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of federal, state, and parish traffic regulations and ordinances.

13.

Petitioner is informed, believes and therefore alleges that at the time of the collision, the defendant, **AMERISURE INSURANCE COMPANY** had issued one or more insurance policies that provided coverage for the damages claimed herein and under the laws of the State of Louisiana, was in full force and effect at the time of the collision, and which insurance inures to the benefit of Plaintiff under the

provisions of the Louisiana Direct Action Statute, L.A. R.S. 22:1269.

14.

**WHEREFORE, PETITIONER PRAYS** that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the Petitioner, **DA'VONTAY DAVIS** and against the defendants, **AMERISURE INSURANCE COMPANY, UNIVERSAL ELECTRIC COMPANY, INC., AND LUTHER DRIGGER,** jointly severally, and *in solido* for compensatory damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon form date of judicial demand, until paid, and for all cost of these proceedings.

Respectfully submitted,

GORDON MCKERNAN INJURY ATTORNEYS

_____
**RICHARD F. ZIMMERMAN, III (#31374)**
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
Phone: (225) 388-3115
Facsimile: (225) 490-4519

**PLEASE SERVE THE FOLLOWING:**

**AMERISURE INSURANCE COMPANY**
Through its registered agent
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**UNIVERSAL ELECTRIC COMPANY, INC.,**
Through its Registered Agent for Service of Process:
CT Corporation
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

**LUTHER DRIGGER**
Via Louisiana Long-Arm Statute, La. R.S. 13:3201, et seq.
689 Cartertown Road
Richmond Hill, Georgia 31324

A TRUE COPY
DATE 1-2-2020

4