## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DA'VONTAY DAVIS | * | CIVIL ACTION NO. 3:20-cv-64 |
| | * | |
| VS | * | Judge Shelly D. Dick |
| | * | |
| AMERISURE INSURANCE COMPANY, | * | |
| UNIVERSAL ELECTRIC COMPANY, INC. | * | |
| AND LUTHER DRIGGER | * | Magistrate Richard Bourgeois, Jr |

**************************************************************************

## MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, **Da'Vontay Davis** ("Plaintiff"), who respectfully submits that he has compromised and settled all of his claims against defendants, **Amerisure Insurance Company**, **Universal Electric Company, Inc.**, and **Luther Driggers** (collectively, "Defendants"), and thus the Plaintiff wishes to dismiss all of his claims against the Defendants, *with prejudice*.

**WHEREFORE**, the Plaintiff respectfully moves this Honorable Court for the entry of an Order dismissing all of his claims asserted against the above-referenced Defendants, *with prejudice*, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

_____
Richard F. Zimmerman, III (#31374)
**Gordon McKernan Injury Attorneys**
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
Telephone: (225) 388-3115
Facsimile: (225) 490-4519
Richard@getgordon.com
*Attorneys for Plaintiff*

-1-

-2-

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon counsel of record for plaintiff via CM/ECF, this 8th day of October, 2020.

_____
Richard F. Zimmerman, III (#31374)

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DA'VONTAY DAVIS** | * | **CIVIL ACTION NO. 3:20-cv-64** |
| | * | |
| **VS** | * | **Judge Shelly D. Dick** |
| | * | |
| **AMERISURE INSURANCE COMPANY,** | * | |
| **UNIVERSAL ELECTRIC COMPANY, INC.** | * | |
| **AND LUTHER DRIGGER** | * | **Magistrate Richard Bourgeois, Jr** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **ORDER**

**CONSIDERING THE ABOVE AND FOREGOING** Motion to Dismiss with Prejudice;

**IT IS HEREBY ORDERED** that the Motion to Dismiss with Prejudice of the plaintiff, **Da'Vontay Davis,** is **GRANTED**, hereby dismissing, *with prejudice*, all claims asserted against the defendants, **Amerisure Insurance Company**, **Universal Electric Company, Inc.**, and **Luther Driggers**, with each party to bear its own costs and attorneys' fees.

**BATON ROUGE**, Louisiana, this _____ day of _____, 2020.

_____
**J U D G E**

-1-