## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DA'VONTAY DAVIS** | * | **CIVIL ACTION NO. 3:20-cv-64** |
| | * | |
| **VS** | * | **Judge Shelly D. Dick** |
| | * | |
| **AMERISURE INSURANCE COMPANY,** | * | |
| **UNIVERSAL ELECTRIC COMPANY, INC.** | * | |
| **AND LUTHER DRIGGER** | * | **Magistrate Richard Bourgeois, Jr** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

**CONSIDERING THE ABOVE AND FOREGOING** Motion to Dismiss with Prejudice;

**IT IS HEREBY ORDERED** that the Motion to Dismiss with Prejudice of the plaintiff, **Da'Vontay Davis,** is **GRANTED**, hereby dismissing, *with prejudice*, all claims asserted against the defendants, **Amerisure Insurance Company**, **Universal Electric Company, Inc.**, and **Luther Driggers**, with each party to bear its own costs and attorneys' fees.

**BATON ROUGE**, Louisiana, this ___8th___ day of ___October___, 2020.

_____
**J U D G E**

-1-

Jury